

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JESSE ADRIAN MARTINEZ, | § | No. 08-17-00253-CR |
| Appellant, | § | Appeal from the |
| v. | § | 210th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20160D03012) |

## O R D E R

The Court has received and filed the supplemental clerk's record requested in this Court's Opinion issued January 10, 2018.   The appeal is therefore reinstated, and the Reporter's Record shall be due in this office on or before March 3, 2018.

IT IS SO ORDERED this 1st day of February, 2018.


PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.